UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. H-21-CR-556 |
| ANAHUAC TRANSPORT, INC., Defendant. | § § § | |

## ORDER IMPOSING MONEY JUDGMENT

Anahuac Transport, Inc., defendant herein, pleaded guilty to Count One of the Information, which charged the Defendant with wire fraud in violation of Title 18, United States Code, Section 1343. The United States provided notice to Defendant in the Information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to wire fraud. The United States also provided notice that it would seek a money judgment.

The Defendant agreed in the Plea Agreement that it obtained $251,401.00 from the commission of the criminal offense and that the factual basis of the guilty plea supports the forfeiture of $251,401.00. The Defendant agreed to the imposition of a money judgment in that amount. The Defendant consented, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the Plea Agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Anahuac Transport, Inc. shall forfeit $251,401.00 to the United States, and that a money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the

United States may move to amend this Order at any time to forfeit any of the Defendant's property in substitution in accordance with Title 21, United States Code, 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment.

It is so ORDERED.

2/23/22
Date

The Honorable Alfred H. Bennett
United States District Judge